CA08-328 GMS

6-7-08

Dear Dr Peter Daleo,

I need a 90 day extension to file my Memorandum of Law. Thank you for your time and cooperation.

Sincerely,

Donald Cole
S.B.I.# 281479 C-Bldg
C-L-7



FILED
JUN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Donald Cole
SBI# 231499    UNIT C C-L-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Dr. Peter Daleo Clerk of the U.S. District Court of Delaware
844 King St. Lock Box 18
Wilmington, DE
19801



U.S.M.S.
X-RAY

UNITED STATES POSTAGE
$00.42
MAILED FROM ZIPCODE