**D.I. #** _____

# CIVIL ACTION
# NUMBER: 08cv328 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| Postage | $ 1.51 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.41 |

Postmark: WILMINGTON DE 19801, JUL 24

Sent To: WARDEN PERRY PHELPS
Street: JAMES T. VAUGHN CORRECTIONAL CENTER
         1181 PADDOCK ROAD
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, August 2006        See Reverse for Instructions