D.I. #_____

# CIVIL ACTION
# NUMBER: 08-328    GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN PERRY PHELPS
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

08-328 GMS

2. Article Number
(Transfer from service label): 7007 3020 0002 3324 6579

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signed]  ☐ Agent  ☒ Addressee
B. Received by (Printed Name): JAMES A. M[...]   C. Date of Delivery: 7/25

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE
JUL 28 PM 2:22

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540